```
 1   BARRY E. HINKLE, Bar No. 071223
     SANDRA RAE BENSON, Bar No. 121324
 2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
     KRISTINA M. ZINNEN, Bar No. 245346
 3   WEINBERG, ROGER & ROSENFELD
     A Professional Corporation
 4   1001 Marina Village Parkway, Suite 200
     Alameda, California 94501-1091
 5   Telephone 510.337.1001
     Fax 510.337.1023
 6
 7   Attorneys for Union Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRINA BALIBREA, | No.   CV 09 1260 BZ |
| Plaintiff, | |
| v. | |
| J&J MAINTENANCE, INC., a Texas corporation doing business in California; RONNA ANDERSON (DIGERLANDO), individually and in her capacity as a Supervisor for J&J MAINTENACE, INC.; LABORERS' INTERNATIONAL UNION LOCAL 324; GEORGE GRIFFIN, individually and in his capacity as an Officer of the LABORERS' INTERNATIONAL UNION LOCAL 324; GLORIA WICKER, individually and in her capacity as a Union Steward for LABORERS' INTERNATIONAL UNION LOCAL 324; and DOES 1-30, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS LABORERS' INTERNATIONAL UNION LOCAL 324, GEORGE GRIFFIN, AND GLORIA WICKER TO ANSWER COMPLAINT** |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff MAYRINA BALIBREA and Defendants LABORERS' INTERNATIONAL UNION LOCAL 324; GEORGE GRIFFIN, individually and in his capacity as an Officer of the LABORERS' INTERNATIONAL UNION LOCAL 324; GLORIA WICKER, individually and in her capacity as a Union Steward for LABORERS' INTERNATIONAL UNION LOCAL 324 (hereinafter "Union

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS LABORERS' INTERNATIONAL UNION LOCAL 324, GEORGE GRIFFIN, AND GLORIA WICKER TO ANSWER COMPLAINT
No.        CV 09 1260 BZ

1  Defendants") hereby stipulate to extend the time within which Union Defendants have to answer or
2  otherwise respond to the Complaint.
3      Plaintiff filed the Complaint in this action on or around March 24, 2009, and Union
4  Defendants were served with the Complaint and Summons on or around April 24, 2009.  With this
5  stipulation, Union Defendants' deadline for answering and or otherwise responding to the
6  Complaint is extended to May 22, 2009.
7      The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully
8  submitted to the Court for approval without the necessity of a hearing.
9  Dated: May 12, 2009

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By:     /s/
              KRISTINA M. ZINNEN,
              Attorneys for Union Defendants

Dated: May 12, 2009

          LAW OFFICES OF ANTHONY D. PRINCE

          By:     /s/
              ANTHONY D. PRINCE
              Attorneys for Plaintiff

121564/530646

**IT IS SO ORDERED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS LABORERS' INTERNATIONAL UNION LOCAL 324, GEORGE GRIFFIN, AND GLORIA WICKER TO ANSWER COMPLAINT
No.     CV 09 1260 BZ