1  ANTHONY D. PRINCE, Bar No. 202892
   LAW OFFICES OF ANTHONY PRINCE
2  2425 Prince Street, Suite 100
   Berkeley, California 94705
3  Telephone 510.845.5475

4  Attorney for Plaintiff

5  BARRY E. HINKLE, Bar No. 071223
   SANDRA RAE BENSON, Bar No. 121324
6  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
7  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
8  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
9  Telephone 510.337.1001
   Fax 510.337.1023
10
   Attorneys for Union Defendants
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  MAYRINA BALIBREA,                          ) No.    CV 09 1260 CW
                                                )
16              Plaintiff,                      )
                                                )
17         v.                                   )
                                                ) **STIPULATION OF DISMISSAL WITH**
18  J&J MAINTENANCE, INC., a Texas              ) **PREJUDICE OF DEFENDANTS**
    corporation doing business in California;   ) **LABORERS' INTERNATIONAL**
19  RONNA ANDERSON (DIGERLANDO),                ) **UNION LOCAL 324, GEORGE**
    individually and in her capacity as a Supervisor ) **GRIFFIN, AND GLORIA WICKER;**
20  for J&J MAINTENACE, INC.; LABORERS'         ) **ORDER**
    INTERNATIONAL UNION LOCAL 324;              )
21  GEORGE GRIFFIN, individually and in his     )
    capacity as an Officer of the LABORERS'     )
22  INTERNATIONAL UNION LOCAL 324;              )
    GLORIA WICKER, individually and in her      )
23  capacity as a Union Steward for LABORERS'   )
    INTERNATIONAL UNION LOCAL 324; and          )
24  DOES 1-30,                                  )
                                                )
25              Defendants.                     )
                                                )
26

27         NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(2),

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS LABORERS' INTERNATIONAL UNION LOCAL 324, GEORGE GRIFFIN, AND GLORIA WICKER
No.     CV 09 1260 BZ

Plaintiff MAYRINA BALIBREA voluntarily dismisses the above-captioned action **with prejudice** as to Defendants LABORERS' INTERNATIONAL UNION LOCAL 324; GEORGE GRIFFIN, individually and in his capacity as an Officer of the LABORERS' INTERNATIONAL UNION LOCAL 324; GLORIA WICKER, individually and in her capacity as a Union Steward for LABORERS' INTERNATIONAL UNION LOCAL 324 (hereinafter "Union Defendants"). The parties stipulate that each side shall bear its own attorneys' fees and costs.

Defendants J&J MAINTENANCE, INC., a Texas corporation doing business in California; RONNA ANDERSON (DIGERLANDO), individually and in her capacity as a Supervisor for J&J MAINTENACE, INC. continue to be named Defendants in this action.

Dated: August 20, 2009

LAW OFFICES OF ANTHONY D. PRINCE

By: /s/
ANTHONY D. PRINCE
Attorneys for Plaintiff

Dated: August 20, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/
KRISTINA M. ZINNEN,
Attorneys for Union Defendants

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 8/24/09

HONORABLE CLAUDIA WILKEN
JUDGE OF THE DISTRICT COURT

121564/541335

- 2 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS LABORERS' INTERNATIONAL UNION LOCAL 324, GEORGE GRIFFIN, AND GLORIA WICKER
No.   CV 09 1260 BZ