| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | JENNIFER RANDLETT MADDEN (Bar No. 184905) |
| 2 | 621 Capitol Mall, 18th Floor |
| | Sacramento, CA 95814-4731 |
| 3 | Telephone: (916) 444-1000 |
| | Facsimile: (916) 444-2100 |
| 4 | jmadden@downeybrand.com |
| 5 | Attorneys for Plaintiff |
| | J&J Maintenance, Inc. and Ronna Anderson |
| 6 | |
| 7 | Anthony D. Prince |
| | Law Offices of Anthony D. Prince |
| 8 | 2425 Prince Street |
| | Berkley, CA 94705 |
| 9 | Telephone: (510) 845-5475 |
| | anthonyd.princelaw@yahoo.com |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | Mayrina Balibrea |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mayrina Balibrea, | Case No. **CV 09-1260 CW** |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| J&J MAINTENANCE, Inc., a Texas corporation doing business in California, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to be responsible for their or its own attorneys' fees and costs.

IT IS SO STIPULATED.

1047648.1

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JENNIFER RANDLETT MADDEN<br>Attorney for Defendants<br>J&J Maintenance, Inc. and Ronna Anderson |
| 5 | | |
| 6 | DATED: | LAW OFFICES OF ANTHONY D. PRINCE |
| 7 | | |
| 8 | | By: _____ |
| 9 | | ANTHONY D. PRINCE<br>Attorney for Plaintiff<br>Mayrina BALIBREA |

**ORDER**

IT IS HEREBY ORDERED, per the Stipulation of the Parties, that the above-entitled matter is hereby dismissed with prejudice.

1/21/10

*/s/ Claudia Wilken*

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE